IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARVIN A. LOVE,**

        Petitioner,

v.                                           **Civil Action No. 5:23-CV-176**
                                                   Judge Bailey

**R. BROWN,**

        Respondent.

## ORDER DISMISSING CASE

Pending before this Court on initial review is Mr. Love's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1]. In his Petition, the petitioner states that the petition concerns Congressionally mandated COVID-19 relief provided pursuant to the First Step Act/CARES Act, which he claims mandate 365 days earned time credits and 180 days additional good time credits for Federal inmates who during the COVID-19 pandemic were prohibited from participating in institutional programming and which he claims the Bureau of Prisons failed to grant him.

It is important to note that this is not a case where the petitioner seeks to have credits that he has earned applied to the sentence.[1] Rather, it is a claim that Congress said that he is automatically entitled to such credits.

The problem with this argument is that the petitioner has failed to identify such a provision nor can this Court find such a provision.

---

[1] Such a claim would clearly require exhaustion.

For that reason, the Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[Doc. 1]** is **DENIED** and **DISMISSED**. This Court further **DIRECTS** the Clerk to enter judgment in favor of the respondent and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to send a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested.

DATED: June 13, 2023.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE